# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr260

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JAMEL WILLIAM MITCHELL.** ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Extend Plea Deadline. The Government has no objection to an extension of the deadline.

The Court finds for the reasons stated in the motion that the deadline to file a plea agreement should be extended through January 30, 2008.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **GRANTED** and the Defendant may file a plea agreement on or before January 30, 2008.

**IT IS SO ORDERED**.

Signed: January 28, 2008

Martin Reidinger
United States District Judge